IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MARCUS DEWAYNE MCQUEEN, <br> AIS 177303, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES FEDERAL COURTS, <br> et al., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) CASE NO. 2:24-CV-353-RAH-CSC <br> ) <br> ) <br> ) <br> ) <br> ) |

## **O R D E R**

On June 24, 2024, the Magistrate Judge entered a Recommendation to which no timely objections have been filed. (Doc. 3.) Upon an independent review of the record and upon consideration of the Recommendation, it is hereby ORDERED that:

1. The United States Magistrate Judge's Recommendation (Doc. 3) is ADOPTED.

2. Plaintiff's motion for leave to proceed in forma pauperis (Doc. 2) is DENIED.

3. Plaintiff's Complaint (Doc. 1) is DISMISSED without prejudice.

Final judgment will be entered separately.

DONE, on this the 1st day of August 2024.

R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE